No. A–985. SHAPIRO, EXECUTIVE DIRECTOR, NEW YORK STATE BOARD OF SOCIAL WELFARE, ET AL. *v.* ORGANIZATION OF FOSTER FAMILIES FOR EQUALITY AND REFORM ET AL.;
No. A–986. GANDY ET AL. *v.* ORGANIZATION OF FOSTER FAMILIES FOR EQUALITY AND REFORM ET AL.;
No. A–987. DUMPSON, ADMINISTRATOR, NEW YORK CITY HUMAN RESOURCES ADMINISTRATION, ET AL. *v.* ORGANIZATION OF FOSTER FAMILIES FOR EQUALITY AND REFORM ET AL.; and
No. A–988. RODRIGUEZ ET AL. *v.* ORGANIZATION OF FOSTER FAMILIES FOR EQUALITY AND REFORM ET AL. Applications for stay of judgment and order of the United States District Court for the Southern District of New York, presented to MR. JUSTICE MARSHALL, and

by him referred to the Court, granted pending timely docketing of an appeal or appeals with this Court.